**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jose Ramon GARCIA, Defendant—
Appellant.**

**United States of America,
Plaintiff—Appellee,**

v.

**Edward Michael Powers, Defendant—
Appellant.**

Nos. 03–10067, 03–10071.

D.C. No. CR–00–00105–MJJ

United States Court of Appeals,
Ninth Circuit.

June 30, 2005.

Jessica D. Silver, U.S. Department of Justice Civil Div., Washington, DC, for United States of America and Edward Michael Powers.

Gregory B. Friel, DOJ—U.S. Department of Justice Civil Rights Division/Appellate, Section, Washington, DC, for Jose Ramon Garcia and Edward Michael Powers.

Matthew B. Pavone, Novato, CA, for Jose Ramon Garcia.

Jeff Cole, Hannah Horsley, USSF—Office of the U.S. Attorney, San Francisco, CA, for United States of America.

Dennis P. Riordan, Riordan and Horgan, San Francisco, CA, for Edward Michael Powers.

Before OAKES,* KLEINFELD, and CALLAHAN, Circuit Judges.

* The Honorable James L. Oakes, Senior Circuit Judge of the United States Court of Appeals for the Second Circuit, sitting by designation.

1. *United States v. Ameline,* 409 F.3d 1073, ——, slip op. at 6345 (9th Cir.2005) (en banc).

## ORDER

We remand the sentences imposed in these cases to the district court, without vacating the sentences, to follow the procedure established in the en banc decision of *United States v. Ameline,*[1] and to consider whether the sentences would have been materially different in light of *United States v. Booker.*[2]

Defendants' motion to file a second petition for rehearing is **GRANTED,** and the second petition for rehearing, and the request for stay of mandate is **DENIED** as moot.

Defendants' sentences are **REMANDED.**

2. *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).